JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SANCHEZ VIVAS, Petitioner, v. ERNESTO SANTACRUZ, et al., Respondent. | Case No. 5:26-cv-01926-JFW-KES **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: July 29, 2026

Hon. John F. Walter
UNITED STATES DISTRICT JUDGE